**Roger Allen LANES, Respondent,**

v.

**Kimberly Sue LANES, Appellant.**

**No. WD 76393.**

Missouri Court of Appeals,
Western District.

April 29, 2014.

Roger Allen Lanes, Respondent Pro Se.

Gary L. Stamper, Columbia, MO, for appellant.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Kimberly Lanes and Roger Lanes were married for almost nine years before their divorce in 2013. The couple had one child. The court's judgment dissolved the marriage, divided the marital property and adopted a parenting plan granting the par-

ties joint custody. Kim appeals. We affirm. Rule 84.16(b).